UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | 8:22-cv-01392-DOC-JDEx | Date | February 27, 2023 |
|---|---|---|---|
| Title | Jamie De Meis et al v. Antony Blinken et al. | | |

| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Karlen Dubon | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITHOUT PREJUDICE**

  The Court, having been advised that this action has been resolved by a Stipulation of Dismissal [42], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                            -    :    -

                                                          Initials of Deputy Clerk    kdu